Victor Roedelsheim and Belle Isaacs, Appellants, v. 12th Street Store Corporation, et al., Defendants. 12th Street Store Corporation, et al., Appellees.

Gen. No. 43,014.

Heard in the second division, first district, this court at the April term, 1944; opinion filed April 19, 1945; released for publication May 2, 1945. Wilhartz & Hirsch, for appellants; Samuel E. Hirsch and Jack A. Diamond, of counsel; Weissenbach, Hartman, Craig & Okin, for appellees; E. S. Hartman, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.